```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 14592
  NICOLE TJUANETTE MORRIS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
             Debtor
  SSN XXX-XX-3069


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/08/2006 and was not confirmed.

     The case was converted to chapter 7 without confirmation 07/12/2007.
------------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS  CURRENT MORTG          .00            .00             .00
COUNTRYWIDE HOME LOANS  MORTGAGE ARRE          .00            .00             .00
COOK COUNTY TREASURER   SECURED            4862.18            .00             .00
CAPITAL ONE             UNSEC W/INTER       499.27            .00             .00
SOUTH SUBURBAN HOSPITAL UNSEC W/INTER NOT FILED              .00             .00
CUSTOM COLLECTION SERVIC UNSEC W/INTER       66.00            .00             .00
HAMMOND RADIOLOGISTS PRO UNSEC W/INTER NOT FILED             .00             .00
MARGRET MERCY HEALTHCARE UNSEC W/INTER NOT FILED             .00             .00
NICOR GAS               UNSEC W/INTER NOT FILED              .00             .00
DOLLIE I WARREN REED    DEBTOR ATTY       2,500.00                       1,955.61
TOM VAUGHN              TRUSTEE                                            135.91
DEBTOR REFUND           REFUND                                                 .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 2,091.52

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,955.61
TRUSTEE COMPENSATION                               135.91
DEBTOR REFUND                                         .00
                        --------------    --------------
TOTALS                  2,091.52          2,091.52
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 06 B 14592 NICOLE TJUANETTE MORRIS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                       /s/ Tom Vaughn

Dated: 10/16/07                _____
                                                  TOM VAUGHN
                                                  CHAPTER 13 TRUSTEE